UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| RICHARD J. DITZIK, | ) | |
| Plaintiff, | ) ) ) | Civil Action No. 03-74043 Honorable Gerald E. Rosen |
| v. | ) ) | Magistrate Judge Paul Komives |
| VIEWSONIC CORPORATION, SAMSUNG ELECTRONICS AMERICA, INC., NEC MITSUBISHI ELECTRONICS DISPLAY OF AMERICA, INC., PLANAR SYSTEMS, INC., DELL, INC., COMPUSA, INC., | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER DEEMING WITHDRAWN WITHOUT PREJUDICE
(1) DEFENDANT VIEWSONIC CORPORATION'S MOTION TO COMPEL
PLAINTIFF'S FURTHER RESPONSES TO REQUESTS FOR PRODUCTION AND
REQUESTS FOR ADMISSION (Doc. Ent. 146) and
(2) DEFENDANT SAMSUNG ELECTRONICS AMERICA, INC.'S MOTION TO
COMPEL ANSWERS TO INTERROGATORY NOS. 16-22 (Doc. Ent. 152)**

On September 15, 2004, defendant Viewsonic Corporation filed a motion to compel plaintiff's further responses to requests for production and requests for admission. (Doc. Ent. 146). On the same date, defendant Samsung Electronics America, Inc. filed a motion to compel answers to interrogatory nos. 16-22. (Doc. Ent. 152).

I have been informed that, on Wednesday, July 13, 2005, plaintiff reached a settlement with defendants Viewsonic Corporation and Samsung Electronics America, Inc. In light of this development, the above-described motions are deemed withdrawn without prejudice.

IT IS SO ORDERED.

The attention of the parties is drawn to Fed. R. Civ. P. 72(a), which provides a period of ten days from the date of receipt of a copy of this order within which to file objections for consideration by the district judge under 28 U.S.C. § 636(b)(1).

                                                s/Paul J. Komives
                                                PAUL J. KOMIVES
                                                UNITED STATES MAGISTRATE JUDGE

Dated:7/19/05

> The undersigned certifies that a copy of the foregoing order was served on the attorneys of record by electronic means or U.S. Mail on July 19, 2005.
>
>                             s/Eddrey Butts
>                             Case Manager